# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS A. RICHARDSON,
                        PLAINTIFF,

    v.

DAVID DIGIGLIELMO ET AL.,
                        DEFENDANTS.

CIVIL ACTION

No. 07-311

## ORDER

June27, 2007

AND NOW, upon review of the Report and Recommendation of United States

Magistrate Judge Carol Sandra Moore Wells, it is hereby ORDERED that:

1.      The Report and Recommendation is APPROVED and ADOPTED.

2.      Thomas A. Richardson's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is TRANSFERRED to the United States District Court for the Middle District of Pennsylvania pursuant to 28 U.S.C. § 2241(d).[1]

---

[1] Section 2241 provides that:
Where an application for a writ of habeas corpus is made by a person in custody under the judgment and sentence of a State court of a State which contains two or more Federal judicial districts, the application may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced him and each of such district courts shall have concurrent jurisdiction to entertain the application.  The district court for the district wherein such an application is filed in the exercise of its discretion and in furtherance of justice may transfer the application to the other district court for hearing and determination.

BY THE COURT:


_____/s/ Louis H. Pollak_____

Pollak, J.

_____